1  Alexander F. MacKinnon (SBN 146883)
   Email: alexander.mackinnon@kirkland.com
2  Terry Huang (SBN 253691)
   Email: terry.huang@kirkland.com
3  KIRKLAND & ELLIS LLP
   333 South Hope Street
4  Los Angeles, California  90071
   Telephone:  (213) 680-8400
5  Facsimile:   (213) 680-8500

6  Attorneys for Plaintiffs
   3M Innovative Properties Company, 3M
7  Unitek Corporation,
   and 3M Company
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY, a Delaware corporation, 3M UNITEK CORPORATION, a California corporation, and 3M COMPANY, a Delaware corporation,<br><br>              Plaintiffs,<br><br>       vs.<br><br>TP ORTHODONTICS, INC., an Indiana corporation,<br><br>              Defendant. | CASE NO. CV10-521 RSWL (JCx)<br><br>**NOTICE OF MOTION TO ENFORCE THE CONSENT JUDGMENT**<br><br>Judge: Hon. Ronald S.W. Lew<br><br>Hearing Date: January 4, 2011<br>Time: 10:00 a.m.<br>Courtroom: 21 |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 4, 2011, at 10:00 a.m., or at the next available hearing date on Judge Lew's regularly scheduled Civil Motions calendar, in Courtroom 21 of this Court, Plaintiffs 3M Innovative Properties Company, 3M Unitek Corporation, and 3M Company will move and hereby do move this Court for an order finding Defendant TP Orthodontics, Inc. ("TPO") in violation of the Consent Judgment Order entered by this Court on May 13, 2010, and enforcing the Consent Judgment Order against TPO.

1  This motion is based upon this Notice of Motion, by the accompanying
2  Memorandum of Points and Authorities, Declarations of Michael R. Lane and Terry
3  Huang, pleadings and materials on file with the Court, and other evidence or argument
4  as may be presented at or before the hearing on this motion.
5  This motion is made following the conference of counsel pursuant to L.R. 7-3,
6  which took place on November 15, and further conferences that took place on
7  November 23 and 29, 2010.

9  DATED: December 3, 2010                    Respectfully submitted,

/s/ *Alexander F. MacKinnon*
Alexander F. MacKinnon
Terry Huang
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiffs 3M Innovative
Properties Company, 3M Unitek
Corporation, and 3M Company